ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
JULIE DIANNE FARMER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 11-CR-0026 LJO |
| Plaintiff, | ) |
| vs. | ) DEFENDANT'S NOTICE OF WAIVER |
| | ) OF PERSONAL APPEARANCE |
| JULIE DIANNE FARMER, | ) |
| Defendant. | ) |

    Defendant, JULIE DIANNE FARMER, waives her right to be present in open Court upon the hearing of any motion or other proceeding in this cause, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

    Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, Anthony P. Capozzi, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day and hour the Court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18, United States Code, Sections 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without Defendant being present.

Dated: January 24, 2011

      /s/ Julie Dianne Farmer
JULIE DIANNE FARMER

Dated: January 24, 2011

      /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
JULIE DIANNE FARMER

## **ORDER**

**IT IS SO ORDERED:**

Dated:   January 26, 2011

/s/ Lawrence J. O'Neill
Honorable Lawrence J. O'Neill
U.S. District Court Judge