ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
JULIE DIANNE FARMER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 11-CR-0026 LJO |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE TIME |
| vs. | ) FOR FILING OF PROPERTY BOND |
| | ) DOCUMENTS |
| JULIE DIANNE FARMER, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, JULIE DIANNE FARMER, by and through her attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Stanley A. Boone, that the property bond time limit be continued from Friday, February 4, 2011 to Wednesday, February 9, 2011.

This request is based upon the fact that the property to be posted on behalf of the Defendant, JULIE DIANNE FARMER, is located in Festus, Missouri which is currently undergoing a snow storm and the property owners are unable to leave their home to send the documents to Fresno.

Further, due to the weather conditions in Festus, Missouri, the transportation carriers, i.e., United Parcel Service, United States Postal Service and Federal Express are not able to ship from the area either.

Respectfully submitted,

Dated: February 4, 2011

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
JULIE DIANNE FARMER

Dated: February 4, 2011

/s/ Stanley A. Boone
Stanley A. Boone
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED. Good cause having been shown, the Property Bond now scheduled to be submitted to this Court on Friday, February 4, 2011 shall now be due on Wednesday, February 9, 2011.

IT IS SO ORDERED.

Dated: **February 4, 2011**          /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE