BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
KIRK E. SHERRIFF
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JULIE DIANNE FARMER,<br><br>             Defendant. | CASE NO.:  1:11-CR-00026 LJO<br><br>STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND NAMED DEFENDANT'S ATTORNEY AND DEFENDANT |

   WHEREAS, the discovery in this case is voluminous and contains a large amount of protected personal information including but not limited to Social Security numbers, dates of birth, driver's license numbers, bank account numbers, telephone numbers, and residential addresses ("Protected Information"); and

   WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

   The parties agree that entry of a stipulated protective order is

appropriate.

THEREFORE, defendant Julie Dianne Farmer, by and through her counsel of record ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1.  This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.  This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3.  By signing this Stipulation and Protective Order, Defense Counsel agrees not to share, or communicate the contents therein, of any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit each defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendants to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendants with copies of documents from which Protected Information has been redacted.

4.  The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government.  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the

1 conclusion of the case.

2     5.   Defense Counsel will store the discovery in a secure place
3 and will use reasonable care to ensure that it is not disclosed to
4 third persons in violation of this agreement.

5     6.   Defense Counsel shall be responsible for advising his
6 respective defendant, employees, and other members of the defense
7 team, and defense witnesses of the contents of this
8 Stipulation and Order.

9     7.   In the event that a defendant substitutes counsel,
10 undersigned Defense Counsel agrees to withhold discovery from new
11 counsel unless and until substituted counsel agrees also to be bound
12 by this Order.

13     IT IS SO STIPULATED.

15 DATED: May 2, 2011        By: /s/ Scott D. Howry
16                                       SCOTT D. HOWRY
                                        Attorney for Defendant
17                                         JULIE DIANNE FARMER

19 DATED: May 6, 2011          BENJAMIN B. WAGNER
20                                         United States Attorney

22                                  By: /s/ Kirk E. Sherriff
                                        STANLEY A. BOONE
23                                         KIRK E. SHERRIFF
                                        Assistant U.S. Attorney

**IT IS SO ORDERED.**

**Dated: May 6, 2011**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE