1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   HENRY Z. CARBAJAL III
3  CHRISTOPHER D. BAKER
   Assistant United States Attorneys
4  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
5  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
6
7  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:11-CR-0026 LJO |
|---|---|
| Plaintiff, | STIPULATION RE FURTHER BRIEFING AND HEARING ON PROPOSED EXPERT TESTIMONY |
| v. | |
| JULIE DIANNE FARMER, | Date: March 10, 2014<br>Time: 11:00 am<br>Courtroom: Four<br>(Hon. Lawrence J. O'Neill) |
| Defendant. | |

Plaintiff the United States of America and defendant JULIE DIANNE FARMER, by and through their respective counsel of record, jointly stipulate as follows regarding the remaining proposed testimony of Dr. Howard Terrell:

1. The United States shall file its motion to strike or preclude the remaining proposed testimony of Dr. Terrell on or before **February 26, 2014**;

2. Defendant Farmer shall file any response to the United States' motion to strike or preclude on or before **March 5, 2014**;

3. The United States shall file any reply to defendant Farmer's response on or before **March 7, 2014**;

4. Hearing on the United States' motion to strike or preclude the remaining proposed testimony of Dr. Terrell shall be held on **March 10, 2014 at 11:00 a.m.**;

1

5. The Status Conference regarding Dr. Terrell currently set for February 24, 2014 is

**VACATED**.

**IT IS SO STIPULATED**.

Dated: February 19, 2014

                                                                                  Respectfully Submitted,

                                                                                  BENJAMIN B. WAGNER
                                                                                  United States Attorney

| /s/Anthony P. Capozzi | /s/Henry Z. Carbajal III |
|---|---|
| ANTHONY P. CAPOZZI | KIRK E. SHERRIFF |
| Law Offices of Anthony P. Capozzi | HENRY Z. CARBAJAL III |
| Attorney for defendant Julie Dianne Farmer | CHRISTOPHER D. BAKER |
|  | Assistant United States Attorneys |

<u>ORDER</u>

Good cause appearing,

IT IS SO ORDERED.

Dated:   **February 19, 2014**        **/s/ Lawrence J. O'Neill**
                                                                                                  UNITED STATES DISTRICT JUDGE