UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | CASE NO. CR F 11-0026 LJO |
| Plaintiff, | **ORDER TO VACATE AMENDED PRETRIAL ORDER**<br>(Doc. 340.) |
| vs. | |
| JULIE DIANE FARMER, | |
| Defendant. | |

This Court inadvertently issued its February 13, 2014 amended pretrial order (doc. 340) although it had issued a January 27, 2014 order (doc. 321) to set trial and related dates. As such, this Court:

1. VACATES the February 13, 2014 amended pretrial order (doc. 340), which is no longer effective; and

2. CONFIRMS that the January 27, 2014 order (doc. 321) is effective and sets the applicable dates for pretrial papers and filings.

IT IS SO ORDERED.

Dated:   **February 28, 2014**        **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

1