BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-0026 LJO |
|---|---|
| Plaintiff, | STIPULATION & ORDER CONTINUING SENTENCING HEARING |
| v. | Old Date:  July 14, 2014 |
| JULIE DIANNE FARMER, | New Date: August 25, 2014<br>Time:       10:00am<br>Court:       Four<br>   (Hon. Lawrence J. O'Neill) |
| Defendant. | |

Plaintiff the United States of America and defendant JULIE DIANNE FARMER, by and through their respective counsel of record, jointly stipulate as follows:

The sentencing hearing in this matter is currently set for July 14, 2014 at 10:00 a.m. It is respectfully stipulated and requested that the sentencing hearing be continued until August 25, 2014 at 10:00 a.m. The grounds for this stipulation are: The parties have received further case transcripts this week, and the defendant has requested the preparation of one additional transcript. The parties will require additional time to review the transcripts and provide relevant information to the probation officer before the presentence report is completed. The probation officer will also require additional time to review the transcripts and other information for purposes of the presentence report. The probation officer has indicated that the new date of August 25, 2014 will allow sufficient time for the completion

of the presentence report.  The parties do not anticipate a further request to extend the sentencing hearing date.

     IT IS SO STIPULATED.

Dated:  May 28, 2014

                                                Respectfully Submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

/s/ Anthony P. Capozzi                       /s/ Kirk E. Sherriff
ANTHONY P. CAPOZZI                    KIRK E. SHERRIFF
Law Offices of Anthony P. Capozzi        HENRY Z. CARBAJAL III
Attorney for defendant Julie Dianne Farmer  CHRISTOPHER D. BAKER
                                                Assistant United States Attorneys

<u>ORDER</u>

     Good cause appearing, the sentencing hearing as to defendant Julie Farmer is continued from July 14, 2014 to August 25, 2014 at 10:00 a.m.

IT IS SO ORDERED.

     Dated:  **May 29, 2014**               **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE