**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JULIE DIANNE FARMER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JULIE DIANNE FARMER,<br><br>        Defendant. | Case No.: 1:11-CR-00026-LJO<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING**<br>*(note change of date and time)*<br><br>Date: August 25, 2014<br>Time: 10:00 a.m.<br>Hon. Lawrence J. O'Neill |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 25, 2014, at 10:00 a.m.

2. Between July 15, 2014, and August 5, 2014, the defense has received approximately 3,000 additional pages of discovery related to the $28,000,000 loss issue. Defense counsel has been informed that additional discovery is forthcoming regarding bank losses.

3. Defendant's residence is presently in escrow and will not close for the next two to three weeks. Defendant's family is presently attempting to locate a leased residence. The close of escrow and the move into another residence will not be completed until after August 25, 2014.

4. Additional time is needed to prepare an analysis of the new and pending discovery,

for the Probation Office and the Court, regarding actual losses; as well as additional time for the Farmer family to allow for their son to begin the new school year and prepare and complete the move.

5. Accordingly, the parties stipulate that the sentencing hearing set for August 25, 2014, be continued to September 15, 2014, at 10:00 a.m. and that the date to file Formal Objections be continued to September 8, 2014.

6. No further continuances are anticipated.

IT IS SO STIPULATED

Respectfully submitted,

DATED:   August 7, 2014   By:  */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant JULIE DIANNE FARMER

DATED:   August 7, 2014   By:  */s/Christopher D. Baker*
KIRK E. SHERRIFF
HENRY Z. CARBAJAL, III
CHRISTOPHER D. BAKER
Assistant United States Attorneys

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted.

**IT IS ORDERED** that the Sentencing currently scheduled for August 25, 2014, at 8:30 a.m. is continued to **September 22, 2014, at 10:30 a.m.** and the Formal Objections be filed on September 8, 2014.

IT IS SO ORDERED.

Dated:   **August 8, 2014**         **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE