**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JULIE DIANNE FARMER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00026-LJO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING** |
| JULIE DIANNE FARMER, | **Date: September 22, 2014**<br>**Time: 10:30 a.m.**<br>**Hon. Lawrence J. O'Neill** |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 22, 2014, at 10:30 a.m.

2. On August 29, 2014, Attorney John Balazs joined the defense in representing Ms. Farmer.  On September 4, 2014, a Motion for New Trial (Brady Motion) was filed by Mr. Balazs.  Additionally, Mr. Balazs is unavailable to appear on September 22, 2014, at 10:30 a.m.

3. Between July 15, 2014, and September 2, 2014, the defense has received approximately 3,419 additional pages of discovery related to the $28,000,000 loss issue.

4.  Additional time is needed to prepare an analysis of the new and pending discovery, for the Probation Office and the Court, regarding actual losses.  Additional time is needed for the Government to respond to the new Motion for New Trial (Brady Motion), and for Mr.

1  Balazs to appear for Defendant at the Sentencing Hearing.

2      5.  Accordingly, the parties stipulate that the sentencing hearing set for September 22,

3  2014, be continued to September 29, 2014, at 10:30 a.m. and that the date to file Formal

4  Objections be continued to September 16, 2014, and the Government's Response to

5  Defendant's new Motion for New Trial is due on September 16, 2014.

6      6. No further continuances are anticipated.

7  IT IS SO STIPULATED.

8                              Respectfully submitted,

9  DATED:    September 5, 2014    By:  /s/Anthony P. Capozzi
10                                    ANTHONY P. CAPOZZI
                                      Attorney for Defendant JULIE DIANNE FARMER
11

12  DATED:    September 5, 2014    By:  /s/John P. Balazs
                                      JOHN P. BALAZS
13                                    Attorney for Defendant JULIE DIANNE FARMER

14

15  DATED:    September 5, 2014    By:  /s/Kirk E. Sherriff
16                                    KIRK E. SHERRIFF
                                      HENRY Z. CARBAJAL, III
17                                    CHRISTOPHER D. BAKER
                                      Assistant United States Attorneys
18

19                          **ORDER**

20      For reasons set forth above, the continuance requested by the parties is granted.

21      **IT IS ORDERED** that the Sentencing currently scheduled for September 22, 2014, at

22  10:30 a.m. is continued to **September 29, 2014, at 10:30 a.m.** and the Formal Objections and

23  the Government's response to the Motion for New Trial be filed on September 16, 2014.

24

25  IT IS SO ORDERED.

26  Dated:   **September 9, 2014**            **/s/ Sheila K. Oberto**
27                                    UNITED STATES MAGISTRATE JUDGE

28