**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JULIE DIANNE FARMER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIE DIANNE FARMER,<br><br>Defendant. | Case No.: 1:11-CR-00026-LJO<br><br>**STIPULATION FOR EXTENSION OF TIME IN WHICH TO FILE FORMAL OBJECTIONS, SENTENCING MEMORANDUMS, AND GOVERNMENT'S RESPONSE TO MOTION FOR NEW TRIAL:**<br>_COURT'S DENIAL of EXTENSION_ |

**TO:   THE HONORABLE JUDGE LAWRENCE J. O'NEILL, AND TO UNITED STATES ATTORNEY BENJAMIN WAGNER AND HIS REPRESENTATIVES, ASSISTANT UNITED STATES ATTORNEY'S KIRK E. SHERRIFF, HENRY Z. CARBAJAL, III, AND CHRISTOPHER BAKER:**

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter is set for sentencing on September 29, 2014, at 10:30 a.m.

2. The date to file Formal Objections and the Government's Response to Defendant's Motion for New Trial (Brady Motion) is September 16, 2014.

3. The parties stipulate that the date to file Formal Objections, Sentencing Memorandums, and Government's Response to Defendant's new Motion for New Trial (Brady Motion) be extended to September 22, 2014.

4. The parties agree that this stipulation is strictly to re-set the memorandum filing date to the standard one week prior to the hearing.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: September 16, 2014   By:   */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant JULIE DIANNE FARMER

DATED: September 16, 2014   By:   */s/John P. Balazs*
JOHN P. BALAZS
Attorney for Defendant JULIE DIANNE FARMER

DATED: September 16, 2014   By:   */s/Kirk E. Sherriff*
KIRK E. SHERRIFF
HENRY Z. CARBAJAL, III
CHRISTOPHER D. BAKER
Assistant United States Attorneys

## ORDER

Denied. The date to file Formal Objections, Sentencing Memorandums, and Government's Response to Defendant's new Motion for New Trial (Brady Motion) remains September 16, 2014. A stipulation itself is NEVER enough to establish good cause.

IT IS SO ORDERED.

Dated:   **September 16, 2014**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE