BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00026 LJO |
|---|---|
| Plaintiff, | ORDER FOR FORFEITURE MONEY JUDGMENT |
| v. | SENTENCING DATE: Sept. 29, 2014 |
| JULIE DIANNE FARMER, | TIME: 10:30 a.m. |
| Defendant. | COURT: Four (Hon. Lawrence J. O'Neill) |

Based upon the United States of America's Motion for Forfeiture Money Judgment against Defendant JULIE DIANNE FARMER,

IT IS HEREBY ORDERED that:

1. The defendant Julie Dianne Farmer forfeit to the government the sum of $15,000,000 and that the Court imposes a personal forfeiture money judgment against defendant in that amount.

2. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the implementation of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody

and control.

    3.   This Order of Forfeiture was made final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

    4.   The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $15,000,000 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated: **October 4, 2014**          **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE