**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JULIE DIANNE FARMER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00026-LJO |
| Plaintiff, | |
| v. | **STIPULATION, DECLARATION OF ANTHONY P. CAPOZZI AND ORDER TO CONTINUE SURRENDER DATE** |
| JULIE DIANNE FARMER, | |
| Defendant. | |

It is hereby stipulated between the United States Attorney by and through its counsel Kirk E. Sherriff, the Defendant, Julie Dianne Farmer, by and through her counsel of record, Anthony P. Capozzi that the surrender date of December 10, 2014, to the Federal Correctional Institution at Dublin, California, be vacated and that a new surrender date of **February 9, 2015**, by 2:00 p.m. be ordered.

IT IS SO STIPULATED.

///

///

///

///

///

///

Respectfully submitted,

DATED:   October 28, 2014   By:   */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant JULIE DIANNE FARMER

DATED:   October 28, 2014   By:   */s/Kick E. Sherriff*
KIRK E. SHERRIFF
Assistant United States Attorney

# ORDER

The Court has received and reviewed convincing letters in support of a change in the surrender date. Defendant's surrender date of December 10, 2014, is vacated and a new surrender date of **February 9, 2015**, no later than 2:00 p.m. is ordered.

IT IS SO ORDERED.

Dated:   **October 29, 2014**           **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE