**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JULIE DIANNE FARMER

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JULIE DIANNE FARMER,<br><br>        Defendant. | Case No.: 1:11-CR-00026-LJO<br><br>**REQUEST TO EXONERATE BOND WITH ORDER** |

Defendant, Julie Dianne Farmer, by and through her counsel of record, Anthony P. Capozzi, hereby requests that the following property posted as collateral in the above-referenced matter be exonerated and the Deed of trust returned.

Owner of Record: Benjamin P. Farmer and Betty J. Farmer, husband and wife.

Deed Number: 2011R-004265 - Docket number 72, filed February 9, 2011.

This request is based on the fact that Defendant surrendered herself to the United States Bureau of Prisons on February 9, 2015 at Dublin, California.

Respectfully submitted,

DATED:    February 23, 2015    By:  */s/Anthony P. Capozzi*
                                    ANTHONY P. CAPOZZI
                                    Attorney for Defendant JULIE DIANNE FARMER

**<u>ORDER</u>**

It is hereby ORDERED that the property bond posted in the above-entitled matter be exonerated and reconveyed to the party who posted it.

IT IS SO ORDERED.

Dated:   **February 24, 2015**              /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE